OSVALDO E. FUMO, ESQ.
Nevada Bar No. 5956
**PITARO & FUMO, CHTD.**
601 Las Vegas Blvd. S.
Las Vegas, NV 89101
(702) 474-7554 Fax
(702) 474-4210
Attorney for Defendant: Torrence Douglas

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TORRENCE DOUGLAS,<br><br>Defendant | Case No.: 2:16-CR-00052-GMN-PAL<br><br>**MOTION AND ORDER FOR PRE-PLEA AND PRESENTENCE INVESTIGATION REPORT** |

  COMES NOW, Defendant Torrence Douglas, by and through his counsel of record, OSVALDO E. FUMO, ESQ., of the law firm of PITARO & FUMO, CHTD., hereby moves this Honorable Court for a Pre-Plea, Pre-Sentence Investgiation Report to be prepared by Federal Probation.

  This Motion is made and based upon all the papers and pleadings on file herein, the attached points and authorities in support hereof, and oral argument at the time of hearing, if deemed necessary by this Honorable Court.

  DATED: 12th day of December, 2016

                **PITARO & FUMO, CHTD.**
                /s/ Osvaldo E. Fumo, Esq..          .
                OSVALDO E FUMO, ESQ

## **MEMORADUM OF POINTS AND AUTHORITIES**

1. The Defendant Torrence Douglas ("Douglas") is charged in four (4) Counts out of a twenty-nine (29) count indictment filed against eight (8) separate defendants. The Counts against Douglas charge conspiracy to distribute and distribution of a controlled substance. Douglas is unsure of his prior convictions and thus counsel is unable to definitively determine his criminal history category and whether he may be eligible for Career Criminal treatment under the guidelines.

2. Determination of whether Douglass' prior convictions subject him to Career Criminal treatment is an important consideration of any plea negotiations and therefore undersigned counsel respectfully requests that the Department of Probation conduct a pre-plea, pre-sentence investigation report to determine the Defendant's criminal history category and whether Douglas is CCA eligible.

3. Undersigned counsel has spoken to the U.S. Attorney Phillip Smith regarding this request and he does not have any opposition to this request.

**PITARO & FUMO, CHTD.**
/s/ Osvaldo E. Fumo, Esq.      .
OSVALDO E. FUMO, ESQ.

# CERTIFICATE OF SERVICE

On December 12, 2016, the undersigned caused a true and correct copy of the aforementioned **ORDER** via the ECF system.

**PITARO & FUMO, CHTD**.

/s/ Osvaldo E. Fumo, Esq.            .
Osvaldo E. Fumo, Esq.
601 S. Las Vegas Blvd.
Las Vegas, Nevada 89104
(702)474-7554 F: (702)474-4210
ozzie.fumolaw@gmail.com

OSVALDO E. FUMO, ESQ.
Nevada Bar No. 5956
**PITARO & FUMO, CHTD.**
601 Las Vegas Blvd. S.
Las Vegas, NV 89101
(702) 474-7554 Fax
(702) 474-4210
Attorney for Defendant: Torrence Douglas

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:16-CR-00052-GMN-PAL |
| Plaintiff, | |
| vs. | **ORDER** |
| TORRENCE DOUGLAS, | |
| Defendant | |

**IT IS HEREBY ORDERED** that the Probation Department will prepare a Pre-Plea, Pre-Sentence Investigation Report on Defendant Torrence Douglas.

Dated December 13, 2016

_____
**US MAGISTRATE JUDGE**

Submitted by:
**PITARO & FUMO, CHTD**.
/s/ Osvaldo E. Fumo, Esq.
Osvaldo E. Fumo, Esq.
601 S. Las Vegas Blvd.
Las Vegas, Nevada 89104
(702)474-7554 F: (702)474-4210
ozzie.fumolaw@gmail.com