# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-00052-GMN-CWH |
| Plaintiff, | **ORDER** |
| v. | |
| TORRENCE DOUGLAS, | |
| Defendant. | |

This matter is before the court on Torrence Douglas's letter (ECF No. 306) dated September 28, 2018, which the court construes as a motion. Douglas requests copies of the sentencing transcripts in his criminal case, but he does not state the reason for the request or provide legal authority that would allow the court to provide the transcripts free of charge. The court therefore will deny Douglas's motion without prejudice.

IT IS SO ORDERED.

IT IS FURTHER ORDERED that the clerk of court must mail to Douglas a transcript order form and the accompanying instructions.

DATED: November 2, 2018

C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE